Kenan Reid PARTOZES, Petitioner–Appellant,

v.

Marcus HUGHES, Respondent–Appellee.

No. 01–6524.

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

Kenan Reid Partozes, pro se.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Kenan Reid Partozes seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000) and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Partozes v. Hughes,* No. CA–00–938–HC–F (E.D.N.C. filed Jan. 30, 2001; entered Jan. 31, 2001; and filed Feb. 16, 2001; entered Feb. 17, 2001). Further, we deny Partozes' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*